United States Courts
Southern District of Texas
FILED

SEP 19 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| vs. § | CRIMINAL NO. H-18-007-S |
| REGINALD DESEAN LOVE § aka Tru § | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times material to this Indictment:

1. The term "minor" is defined, pursuant to Title 18, United States Code, Section 2256(1), as "any person under the age of eighteen years."

2. The term "child pornography" is defined, pursuant to Title 18, United States Code, Section 2256(7) as:

"any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where –

    (A)  the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct;

    (B)  such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or

1

(C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

3. The term "sexually explicit conduct" is defined, pursuant to Title 18, United States Code, Section 2256(2), as:

"any actual or simulated -
(i) sexual intercourse, including genital [to] genital, oral [to] genital, anal [to] genital, or oral [to] anal, whether between persons of the same or opposite sex; [or]
(ii) bestiality; [or]
(iii) masturbation; [or]
(iv) sadistic or masochistic abuse; or
(v) [the] lascivious exhibition of the genitals or pubic area of any person."

4. The term "computer" is defined, pursuant to Title 18, United States Code, Sections 2256(6) and 1030(e)(1), as:

"any electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable hand held calculator or other similar device."

5. The term "visual depiction" is defined, pursuant to Title 18, United States Code, Section 2256(5), as including, but not limited to:

"any undeveloped film and videotape, and data stored on computer disk or by electronic means which is capable of conversion into a visual image."

6. The term "producing," for purposes of this Indictment, is defined, pursuant to Title 18, United States Code, Section 2256(3), as "producing, directing, manufacturing, issuing, publishing or advertising."

## COUNT ONE
### (Production of Child Pornography)

From on or about August 21, 2017, until on or about September 16, 2017, in the Southern District of Texas and within the jurisdiction of the court, the defendant,

**REGINALD DESEAN LOVE,
also known as Tru,**

did knowingly employ, use, persuade, induce, entice, and coerce any minor, to wit, A.R., to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was transmitted using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 3559(e).

## COUNT TWO
### (Sex Trafficking of Children)

From on or about August 21, 2017, until on or about September 16, 2017, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

**REGINALD DESEAN LOVE,
also known as Tru,**

did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, and benefit financially and receive anything of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained and maintained, in and affecting interstate and foreign commerce, a person, that is, A.R., having had a reasonable opportunity to observe A.R., and knowing, and in reckless disregard of the fact that A.R. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(2) and 3559(e).

## COUNT THREE
### (Offense by a Registered Sex Offender)

From on or about August 21, 2017, until on or about September 16, 2017, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

**REGINALD DESEAN LOVE,
also known as Tru,**

being an individual required by Federal or other law to register as a sex offender, did commit a felony offense involving a minor under Title 18, United States Code, Sections 2251 and 1591 as charged in Counts One and Count Two of this Superseding Indictment.

4

In violation of Title 18, United States Code, Section 2260A.

## NOTICE OF FORFEITURE
## 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States gives the defendant notice that in the event of conviction for any/all of the offenses charged in Counts One through Three of the Indictment, the United States will seek to forfeit all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in Counts One through Three; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged in Counts One and Two, or any property traceable to such property.

A TRUE BILL:

Original Signature on File

FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

*[signature]*
CARRIE WIRSING
Assistant United States Attorney

5