IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. H-18-7-1** |
| | § | |
| **Reginald Desean Love** | § | |

## NOTICE REGARDING APPEARANCE BY VIDEO IN CRIMINAL SETTINGS

Criminal settings may be held by video conference only upon a motion filed by the Defendant. Such motions should be made in a timely manner and with due consideration of the arrangements necessary to accommodate the request.

In the event that the Court grants Defendant's motion to appear by video, Defendant must execute the attached waiver and any agreement, if applicable, and transmit them to the Court's case manager as soon as possible prior to hearing. Defense Counsel must also be prepared to make a showing on the record at setting as required by paragraph 2 of General Order No. 2020-10 (attached). Satisfaction of the requirements outlined in this paragraph may be accomplished by the alternative means specified in General Order No. 2020-11 (attached).

Connection information will be sent to all relevant parties by email as soon as possible. Attorneys and Defendants must appear by video unless given permission by the Court to appear by phone. **All participants must be on the line <u>no later than 15 minutes</u> prior to start time.** Court settings will begin promptly at the time of setting, and the Court expects all relevant setting participants to be in place and ready to proceed.

Date: 9/15/2020

Andrew Boyd
Case Manager to Judge Sim Lake
Post Office Box 61010
Houston, Texas 77208
(713)250-5514