United States District Court
Southern District of Texas
**ENTERED**
April 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff-Respondent, § | |
| § | CIVIL ACTION NO. H-23-0033 |
| v. § | (CRIMINAL NUMBER H-18-007) |
| § | |
| REGINALD DE'SEAN LOVE, § | |
| § | |
| Defendant-Petitioner. § | |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order entered on this date, Civil Action No. H-23-0033 is **DISMISSED WITH PREJUDICE**.

For reasons stated in the court's Memorandum Opinion and Order, Petitioner's request for an evidentiary hearing is **DENIED**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this 27th day of April, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE